1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7                      FOR THE EASTERN DISTRICT OF CALIFORNIA

8
    SINGH SARBJIT,                           1:05-CV-1308 AWI WMW HC
9
                    Petitioner,
10         vs.                               ORDER DENYING MOTION TO
                                             PROCEED IN FORMA PAUPERIS
11
    JOHN ASHCROFT, et al.,
12                                           (DOCUMENT #2)
                    Respondents.
13   _____/

14          Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

15   pursuant to 28 U.S.C. § 2241.

16          On October 18,2005, Petitioner filed an Application to Proceed In Forma Pauperis and a

17   certified copy of his prison trust account statement.   Examination of these documents reveals that

18   Petitioner is able to afford the costs of this action.  Specifically, six months prior to filing,  Petitioner

19   has had an average balance of at least $275.43 in his account.  His current balance is $339.41.

20          Accordingly, the motion to proceed in forma pauperis is DENIED.  See 28 U.S.C. § 1915.

21   Petitioner is ORDERED to pay the five dollar ($5.00) filing fee within thirty (30) days of the date of

22   service of this order.  Failure to follow this order may result in a recommendation that the Petition be

23   dismissed pursuant to Local Rule 11-110.

24   IT IS SO ORDERED.

25   **Dated:    November 16, 2005**          ____/s/  William M. Wunderlich____
     bl0dc4                                  UNITED STATES MAGISTRATE JUDGE
26

27

28