IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINGH SARBJIT,<br><br>    Petitioner,<br><br> v.<br><br>JOHN ASHCROFT,<br><br>    Respondent. | CV F 05-1308 AWI WMW HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION RE DISMISSAL OF ACTION FOR FAILURE TO PROSECUTE |

  Petitioner is a federal prisoner proceeding pro se and in forma pauperis with a habeas corpus action pursuant to 28 U.S.C. section 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

  On March 13, 2006, the Magistrate Judge filed Findings and Recommendations that recommended this action be dismissed for Petitioner's failure to prosecute. These Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. No objections were filed.[1]

---

[1] The court notes that on March 23, 2006, Petitioner's copy of the findings and recommendations were returned as undeliverable by the United States Postal Service with the notation "not in custody." However, service on a petitioner at his address of record is fully effective. Local Rule 83-182 (e).

1   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a
2   de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454
3   (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the Findings and
4   Recommendations to be supported by the record and by proper analysis.
5           Based on the foregoing, it is HEREBY ORDERED  that:
6   1.   The Findings and Recommendations issued by the Magistrate Judge on March 13, 2006,
7        are a adopted in full;
8   2.   The Petition for Writ of Habeas Corpus is dismissed for Petitioner's failure to prosecute;
9        and
10  3.    The Clerk of the Court is directed to enter  judgment and to close this case.

12  IT IS SO ORDERED.
13  **Dated:     April 12, 2006**              /s/ Anthony W. Ishii
    0m8i78                                  UNITED STATES DISTRICT JUDGE